| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **David P Shovel**<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–8453<br>EIN   __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   ____<br>EIN   __–_____ |
| United States Bankruptcy Court | WESTERN DISTRICT OF PENNSYLVANIA | |
| Case number: | 22–20198–CMB | |

# Order of Discharge    12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

David P Shovel

<u>6/1/22</u>    **By the court:** <u>Carlota M. Bohm</u>
United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318    **Order of Discharge**    page 1

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-20198-CMB |
| David P Shovel | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Jun 01, 2022 | Form ID: 318 | Total Noticed: 33 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 03, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | David P Shovel, 9834 Joan Drive, Irwin, PA 15642-1542 |
| 15451135 | + | FinWise Bank, 820 East 9400 South, Sandy, UT 84094-3653 |
| 15451141 | + | Lendmark Financial Services, 2669 Monroeville Blvd., Monroeville, PA 15146-2301 |
| 15451152 | + | Union Home Mortgage, PO Box 77404, Ewing, NJ 08628-6404 |
| 15451151 | + | Union Home Mortgage, PO Box 77404, Trenton, NJ 08628-6404 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Jun 02 2022 04:08:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 02 2022 00:12:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | EDI: AISACG.COM | Jun 02 2022 04:08:00 | Ally Bank, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | EDI: AISACG.COM | Jun 02 2022 04:08:00 | Ally Financial, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | EDI: AISACG.COM | Jun 02 2022 04:08:00 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/Text: jdryer@bernsteinlaw.com | Jun 02 2022 00:12:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 601 Grant Street, 9th Floor, Pittsburgh, PA 15219-4430 |
| cr | + | EDI: RECOVERYCORP.COM | Jun 02 2022 04:08:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Jun 02 2022 00:12:00 | Peoples Natural Gas Company LLC, GRB Law, c/o Jeffrey R. Hunt, Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219, UNITED STATES 15219-1753 |
| 15451130 | | EDI: GMACFS.COM | Jun 02 2022 04:08:00 | Ally, PO Box 380902, Bloomington, MN 55438-0902 |
| 15451131 | | EDI: CAPONEAUTO.COM | Jun 02 2022 04:08:00 | Capital One Auto Finance, PO Box 60511, City Of Industry, CA 91716-0511 |
| 15451132 | | Email/PDF: creditonebknotifications@resurgent.com | Jun 02 2022 00:14:39 | Credit One Bank, PO Box 60500, City Of Industry, CA 91716-0500 |

Case 22-20198-CMB   Doc 22   Filed 06/03/22   Entered 06/04/22 00:28:08   Desc Imaged
                          Certificate of Notice    Page 4 of 5

| District/off: 0315-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jun 01, 2022 | Form ID: 318 | Total Noticed: 33 |

| Recip ID | Bypass | Delivery Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 15451134 | | Email/PDF: creditonebknotifications@resurgent.com | Jun 02 2022 00:14:39 | Credit One Bank, PO Box 98873, Las Vegas, NV 89193-8873 |
| 15451133 | | Email/PDF: creditonebknotifications@resurgent.com | Jun 02 2022 00:14:25 | Credit One Bank, PO Box 98875, Las Vegas, NV 89193-8875 |
| 15451136 | | Email/Text: BNSFN@capitalsvcs.com | Jun 02 2022 00:12:00 | First National Credit Card, PO Box 2496, Omaha, NE 68103-2496 |
| 15451137 | | EDI: AMINFOFP.COM | Jun 02 2022 04:08:00 | First Premier Bank, PO Box 5519, Sioux Falls, SD 57117-5519 |
| 15451138 | | EDI: AMINFOFP.COM | Jun 02 2022 04:08:00 | First Premier Bank, PO Box 5529, Sioux Falls, SD 57117-5529 |
| 15451140 | | EDI: PHINGENESIS | Jun 02 2022 04:08:00 | Genesis FS Card Services, PO Box 84059, Columbus, GA 31908-4059 |
| 15451139 | + | EDI: PHINGENESIS | Jun 02 2022 04:08:00 | Genesis FS Card Services, PO Box 4477, Beaverton, OR 97076-4401 |
| 15451143 | | Email/Text: ktramble@lendmarkfinancial.com | Jun 02 2022 00:12:00 | Lendmark Financial Services, LLC, 2118 Usher Street NW, Covington, GA 30014-2434 |
| 15451142 | ^ | MEBN | Jun 02 2022 00:05:49 | Lendmark Financial Services, PO Box 2969, Covington, GA 30015-7969 |
| 15451148 | + | EDI: AGFINANCE.COM | Jun 02 2022 04:08:00 | OneMain Financial, PO Box 499, Hanover, MD 21076-0499 |
| 15451146 | + | EDI: AGFINANCE.COM | Jun 02 2022 04:08:00 | OneMain Financial, 6801 Colwell Blvd, Irving, TX 75039-3198 |
| 15451145 | | EDI: AGFINANCE.COM | Jun 02 2022 04:08:00 | OneMain Financial, PO Box 183172, Columbus, OH 43218-3172 |
| 15451149 | + | EDI: AGFINANCE.COM | Jun 02 2022 04:08:00 | OneMain Financial, PO Box 1010, Evansville, IN 47706-1010 |
| 15451144 | | EDI: AGFINANCE.COM | Jun 02 2022 04:08:00 | OneMain Financial, 2644 Mosside Blvd #117, Monroeville, PA 15146-3392 |
| 15452658 | | EDI: PENNDEPTREV | Jun 02 2022 04:08:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 15452658 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 02 2022 00:12:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 15451150 | | EDI: RMSC.COM | Jun 02 2022 04:08:00 | Synchrony Bank, PO Box 960061, Orlando, FL 32896-0061 |
| 15451514 | + | EDI: RMSC.COM | Jun 02 2022 04:08:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15451153 | + | EDI: LCIUPSTART | Jun 02 2022 04:08:00 | Upstart Network, Inc., 2950 S. Delaware Street, San Mateo, CA 94403-2580 |

TOTAL: 30

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Union Home Mortgage Corp. |
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 15451147 | *+ | OneMain Financial, 2644 Mosside Blvd #117, Monroeville, PA 15146-3392 |

TOTAL: 1 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

| District/off: 0315-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jun 01, 2022 | Form ID: 318 | Total Noticed: 33 |

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 03, 2022          Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 1, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Union Home Mortgage Corp. bnicholas@kmllawgroup.com |
| Charles O. Zebley, Jr. | on behalf of Trustee Charles O. Zebley Jr. COZ@Zeblaw.com, PA67@ecfcbis.com;Lyndie@Zeblaw.com |
| Charles O. Zebley, Jr. | COZ@Zeblaw.com PA67@ecfcbis.com;Lyndie@Zeblaw.com |
| David J. Romito | on behalf of Debtor David P Shovel romitoesq@verizon.net romitoesq@comcast.net |
| Jeffrey Hunt | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |

TOTAL: 7